UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK
PRODUCT LIABILITY LITIGATION

Master Docket No. MDL 1628

PLAINTIFF: TIM DALSKOV,
Individually and as
Personal Representative of the Estate of
ROSEANN S. DALSKOV,

Civil Action No.: 2:08-1246

ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties filed with this Court, this case is voluntarily dismissed without prejudice (Rule 41(a)(1) of the Federal Rules of Civil Procedure). The parties shall bear their own costs and attorneys' fees on dismissal.

It is so ordered, this ___ day of _August_, 2009.

_____
The Honorable Joseph R. Goodwin
Chief Judge
U.S. District Court
Southern District of West Virginia